UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: )  BK No.: 24-80028
Lam T Nguyen )
Thu A Nguyen ) Chapter: 7
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming before the court on the motion of Associated Bank, N.A. ("Creditor") for relief from the automatic stay,
IT IS ORDERED:
(1) The motion is granted. The stay is modified so as not to restrain Creditor, its principals, agents, successors and/or assigns, from pursuing in rem non-bankruptcy remedies as to 115 Boulder Dr, Lake in the Hills, IL 60156.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: March 13, 2024

**Prepared By:**

Kerrie S. Mattson-Neal ARDC#6270224
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-24-00769