UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 24-80028
)
LAM T. NGUYEN and )
THU A. NGUYEN, ) Chapter: 7
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

**ORDER GRANTING UNITED STATES TRUSTEE'S
AUTHORIZATION FOR RULE 2004 EXAMINATION OF DEBTORS**

This case having come before the Court on the United States Trustee's motion for Rule 2004 Examinations of Debtors, due notice having been given and the Court having been fully advised of the grounds for the motion, IT IS HEREBY ORDERED:

1. That the United States Trustee's motion for Rule 2004 examination of Debtors is GRANTED, and

2. That unless taken in another mutually agreed manner, time and date, the Debtor, Lam T. Nguyen, shall produce documents subject to the subpoena to the United Stated Trustee by May 10, 2024, and appear for examination under oath pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure via court reporter-provided video link on May 17, 2024, at 9:00 am, and

3. That unless taken in another mutually agreed manner, time and date, the Debtor, Thu A. Gnuyen, shall produce document subject to the subpoena to the United States Trustee by May 10, 2024, and appear for examination under oath pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure via court reporter-provided video link on May 17, 2024, at 11:00 am.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: May 01, 2024

**Prepared by:**

Jennifer K. Niemeier
Office of the United Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(608) 264-5522
Jennifer.Niemeier@usdoj.gov