# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **In re:** | : |
| | : |
| **Lam T Nguyen** | : Case No.: 24-80028 |
| **Thu A Nguyen** | : Chapter 7 |
| | : Judge Thomas M. Lynch |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF MOTION

TO: See attached list.

    PLEASE TAKE NOTICE that on <u>August 21, 2024</u>, at <u>11:00 a.m.</u>, I will appear before the Honorable Judge Thomas M. Lynch, or any judge sitting in that judge's place, **either** in courtroom 3100 of the U.S. Court for the Northern District of Illinois, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, IL 61101, **or** electronically as described below and present the <u>Motion of JPMorgan Chase Bank, N.A. for Relief from Stay</u>, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is <u>160 291 5226</u> and the passcode is <u>852255</u>. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                       JPMorgan Chase Bank, N.A.

                               By: /s/ Adam B. Hall
                                       Adam B. Hall (0088234)
                                       Manley Deas Kochalski LLC

24-017371_JHH

P.O. Box 165028
Columbus OH  43216-5028
Contact email is abh@manleydeas.com

24-017371_JHH

# CERTIFICATE OF SERVICE

I certify that on ___08/01/2024___, a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Brian Hart

David L. Stretch, Attorney for Lam T Nguyen and Thu A Nguyen, stretchlaw@gmail.com

I certify that on ___08/01/2024___, a copy of the foregoing document was sent by U.S. Mail to the following:

Lam T Nguyen and Thu A Nguyen, 115 Boulder Drive, Lake in the Hills, IL 60158

Lam Thanh Nguyen, 115 Boulder Dr, Lake in the Hills, IL 60158

/s/ Adam B. Hall

Date: 08/01/2024

24-017371_JHH

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Lam T Nguyen | : Case No.: 24-80028 |
| Thu A Nguyen | : Chapter 7 |
| | : Judge Thomas M. Lynch |
| Debtor. | : * * * * * * * * * * * * * * * * * * * * |
| | : |

**MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2022 TELSA MODEL 3, VIN 5YJ3E1EB8NF101424**

JPMorgan Chase Bank, N.A. (the "Creditor"), by and through the undersigned counsel, files this Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay, averring as follows.

**MEMORANDUM IN SUPPORT**

1. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. On or about November 23, 2021, Lam T Nguyen (the "Debtor") obtained a loan from JPMorgan Chase Bank, N.A., or its predecessor-in-interest, in the amount of $43,606.00 for the purchase of a 2022 Telsa Model 3 VIN 5YJ3E1EB8NF101424 ("Collateral"). Debtor agreed to make periodic payments to JPMorgan Chase Bank, N.A., or its predecessor-in-interest. Such loan was evidenced by a Retail Installment Contract, a copy of which is attached hereto as Exhibit A (the "Contract").

3. To secure payment of the Contract, Creditor or Creditor's predecessor-in-interest properly perfected its security interest in the Collateral by delivering the existing Certificate of Title of a Vehicle or the application for a Certificate of Title of a Vehicle containing the name and address of the lienholder and the required fee to the Illinois Secretary of State pursuant to 625 ILCS 5/3-202. A copy of the Certificate of Title of a Vehicle is attached hereto as Exhibit B (the "Title").

4. Creditor believes the value of the Collateral $33,000.00 based upon the J.D. Power valuation, a copy of which is attached hereto as Exhibit C.

5. On January 8, 2024, Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code ("Petition").

6. Debtor is in default in performance of the terms and conditions of the contract and is contractually due for March 7, 2024 in the amount of $394.74 and due for April 7, 2024 through July 7, 2024 in the monthly amount of $697.37.

7. As of July 22, 2024, there is currently due and owing on the Contract the outstanding principal balance of $29,417.37, plus interest accruing thereon at the rate of 4.6900000% per annum.

8. Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Collateral.

9. Creditor is entitled to relief from the automatic stay for the following reason(s):

   a. Creditor lacks adequate protection of its secured interest in the Collateral pursuant to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court to enter an order terminating the Automatic stay as it affects the interests of JPMorgan Chase

24-017371_JHH

Bank, N.A. in the Collateral, and granting such other relief as this Honorable Court may deem just.

                    Respectfully submitted,

                    /s/ Adam B. Hall

Adam B. Hall (0088234)
Todd J. Ruchman (6271827)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

3

24-017371_JHH

**CERTIFICATE OF SERVICE**

I certify that on _____08/01/2024_____, a copy of the foregoing Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay regarding the Personal Property known as 2022 Telsa Model 3, VIN 5YJ3E1EB8NF101424 was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Brian Hart

David L. Stretch, Attorney for Lam T Nguyen and Thu A Nguyen, stretchlaw@gmail.com

I certify that on _____08/01/2024_____, a copy of the foregoing document was sent by U.S. Mail to the following:

Lam T Nguyen and Thu A Nguyen, 115 Boulder Drive, Lake in the Hills, IL  60158

Lam Thanh Nguyen, 115 Boulder Dr, Lake in the Hills, IL  60158

/s/ Adam B. Hall

Date: 08/01/2024

4

24-017371_JHH